IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CREAGRI, INC.,

        Plaintiff,

  v.

USANA HEALTH SCIENCES, et al.,

        Defendant.

No. CV-03-3216 MMC (EMC)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. USANA is hereby GRANTED summary judgment in its favor on each count in Creagri's complaint.

    2. USANA is hereby GRANTED summary judgment in its favor on the First and Second Claims for Relief in its Amended Counterclaims and, accordingly:

    a. the Court DECLARES that USANA's use of the mark Olivol does not infringe on Creagri's mark Olivenol.

    b. Registration No. 2,684,940 on the PTO's Supplemental Register is CANCELLED.

    3. In all other respects, USANA's motion is denied.

    4. USANA's Third, Fourth, and Fifth Claims for Relief are hereby DISMISSED, without prejudice.

1 | Dated: February 1, 2005
2
3

Richard W. Wieking, Clerk

/s/ Tracy Lucero

By: Tracy Lucero
Deputy Clerk